JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN MACIAS, an individual, | Case No. 2:20-cv-01554-JAD-NJK |
| Plaintiff, | |
| vs. | **Stipulation and Order of Dismissal** |
| SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOE EMPLOYEES I-V; DOE JANITORIAL MANAGERS I-V; JANITORIAL EMPLOYEES, and ROE COMPANIES I-V; inclusive, | |
| | ECF No. 19 |
| Defendants. | |

WHEREAS, all parties and their counsel of record have agreed upon a full and final settlement of the above captioned lawsuit;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and JOSEPH ORTUNO, ESQ. of the VAN LAW FIRM, counsel for Plaintiff BENJAMIN MACIAS as follows:

1. Plaintiff BENJAMIN MACIAS'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

CLAC 6170872.1

2. That any and all deadlines issued by the Court be vacated.

DATED this 1st day of March, 2021.

| VAN LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Joseph Ortuno<br>JOSEPH ORTUNO, ESQ.<br>Nevada Bar No. 8795<br>1290 South Jones Boulevard<br>Las Vegas, Nevada  89156<br>(702) 529-1011<br>Attorneys for Plaintiff<br>BENJAMIN MACIAS | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>3016 West Charleston Boulevard, #195<br>Las Vegas, Nevada  89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

   Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 2, 2021